# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:04-CR-238-T-17-TBM

FREDI ALONZO TORRES

_____/

## ORDER

This cause comes before the Court on the defendant's motion for immediate deportation (Docket No. 387) and response thereto (Docket No. 389). The Court finds the response of the government persuasive and incorporates the response herein. Accordingly, it is.

**ORDERED** that defendant's motion for immediate deportation (Docket No. 389) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 20th day of November, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record